

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DON CARBON CORPORATION, | § | No. 08-23-00340-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th Judicial District Court |
| RAMI AZZAM, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2022-DCV3158) |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF MARCH 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.